IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50260
Summary Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

v.

RAYMOND COOPER CLARK,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-95-CR-197-1)
_____

December 16, 1996

Before KING, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Raymond Cooper Clark has appealed his conviction for conspiracy to possess with intent to distribute cocaine. Clark argues that the district court erred in denying his motion to suppress evidence seized during a warrantless search of Clark's motel room and in admitting into evidence an allegedly inaudible tape recording. Based upon a careful review of the record and the briefs and applicable law, we hold that the district court

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

did not commit clear error in concluding that Clark consented to the search of the motel room, see United States v. Cooper, 43 F.3d 140, 144 (5th Cir. 1995), and that the district court did not abuse its discretion in admitting the tape recording into evidence.  See United States v. Biggins, 551 F.2d 64, 66 (5th Cir. 1977).  The judgment is

AFFIRMED.